# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:22-mj-00001-BT |
| | § | Other Dist. Docket No. 4:21-0251-SDJ-CAN |
| v. | § | Charge Pending: |
| | § | Eastern District of Texas |
| WILLIAM LLOYD GRIFFITH (1) | § | Plano Division |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**JAN - 5 2022**
**CLERK, U.S. DISTRICT COURT**
By_____ Deputy

## REPORT OF PROCEEDINGS UNDER RULES 32.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with violating conditions of probation or supervised release. Having been arrested in this district on a warrant issued on the petition to revoke probation or supervised release, she appeared before me for proceedings as follows:

---

**32.1(a)(5)(A):**
- ☐ The alleged violation occurred in this district.
- ☐ The defendant waived preliminary hearing.
- ☐ Based on the evidence presented during preliminary hearing, the Court finds that:
  - ☐ There is probable cause to believe that a violation occurred.
  - ☐ There is NOT probable cause to believe that a violation occurred.

---

**32.1(a)(5)(B):**
- ☒ The alleged violation did not occur in this district.
- ☐ The government has produced certified copies of the judgment, warrant, and warrant application.
- ☒ The defendant waived production of certified copies of the judgment, warrant, and warrant application.
- ☐ The Court finds that the person before the Court is the defendant named in the warrant because:
  - ☒ The defendant waived identity hearing.
  - ☐ An identity hearing was conducted, and the defendant's identity was established.
- ☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is NOT the defendant named in the warrant.
- ☒ The defendant waived detention hearing in this district and requested that detention hearing be held in the prosecuting district.

**ORDER ENTERED ON THE FOREGOING REPORT**

TO: UNITED STATES MARSHAL

 You are commanded to remove the above named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

SIGNED: January 05, 2022

_____
Rebecca Rutherford
United States Magistrate Judge

(Use Other Side for Return)